IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

COPA DAVIS,                          )     CASE NO: 09-cv-1466
                                     )
      Plaintiff,                    )
                                     )
  v.                                 )
                                     )
J.C. PENNEY COMPANY, INC.,           )
                                     )
      Defendant.                    )

## ORDER OF COURT

AND NOW, this _14th_ day of January, 2010, this case is hereby removed to

state court pursuant to the agreement of the parties to stipulate that damages, if any, are less than

$75,000.

BY THE COURT:

_____ J.